**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2345**

---

TIFFANY LOCUS,

        Plaintiff - Appellant,

    v.

ZACHARIAH ROSS,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:25-cv-01620-PTG-IDD)

---

Submitted:  February 26, 2026                Decided:  March 2, 2026

---

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tiffany Locus, Appellant Pro Se.  Jason F. Zellman, SUROVELL ISAACS & LEVY, PLC, Fairfax, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tiffany Locus appeals the district court's order dismissing for lack of jurisdiction Locus' civil action and various associated motions for injunctive relief as related to a state-court custody dispute. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Locus' informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the appealed-from order.[*] *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We grant Locus' motions to seal the proffered appellate documents containing confidential information regarding the parties' children. We deny as moot Locus' motions to expedite our consideration of this appeal and Defendant's motion for access to the sealed documents, and deny all other pending motions for injunctive relief, to file ex parte documents, and for other miscellaneous relief.